```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------

BRIAN KOHLER,

                Plaintiff,

      - against -

REALNETWORKS, INC., et al.,

                Defendants.

22-cv-8377 (JGK)

ORDER

--------------------------------------

**JOHN G. KOELTL, District Judge:**

    The time for the plaintiff to serve the summons and complaint is extended to **February 27, 2023.** If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for **February 16, 2023** is **canceled.**

SO ORDERED.

Dated:    New York, New York
           February 13, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge